IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CR-00022-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONALD BRENT HODGES,

    Defendant.

ORDER

This matter comes before the court on Defendant's pro se Motion for Copies [DE 83]. Defendant requests that copies of his docket sheet, plea agreement, indictment, arrest warrants, and penalty sheet be produced and mailed to him. *Id.*

Pursuant to 28 U.S.C. § 1914(b), "the clerk shall collect from the parties such . . . fees only as are prescribed by the Judicial Conference of the United States." 28 U.S.C. § 1914(b). Courts are authorized to provide free copies of transcripts and court records to indigent litigants "upon a showing by the litigant of a particularized need for the documents." *United States v. Gallo*, 849 F.2d 607 (Table), 1988 WL 60934, at *1 (4th Cir. May 31, 1988). An indigent is not entitled to free copies "merely to comb the record in the hope of discovering some flaw." *United States v. Glass*, 317 F.2d 200, 202 (4th Cir. 1963).

Here, Defendant has not identified a particular need for the requested documents. Accordingly, his motion [DE 83] is DENIED.

Defendant may obtain a copy of the filings on his docket sheet by filing a request with the Clerk of Court. The Clerk's Office will fulfill copy requests (subject to availability) at a cost of fifty (50¢) cents a page. The request may be mailed to the following address:

Attention: Copy Request System
United States Clerk's Office
P.O. Box 25670
Raleigh, North Carolina 27611

SO ORDERED this ____15th____ day of April, 2026.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

Case 5:21-cr-00022-M    Document 102    Filed 04/15/26    Page 2 of 2